UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MAURICE P. OLIVER,

        Plaintiff,

  v.

R. GROUNDS et al,

        Defendant.

Case Number: CV12-00176 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 12, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Maurice P. Oliver F83603
California Training Facility
Soledad State Prison
North Facility
P.O. Box 705
Soledad, CA 93950-0705

Dated: June 12, 2012

                                      Richard W. Wieking, Clerk
                                      By: Lisa Clark, Deputy Clerk