IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE P. OLIVIER,<br><br>  Plaintiff,<br><br> v.<br><br>R. GROUNDS, Warden, et al.,<br><br>  Defendants. | No. C 12-00176 SBA (PR)<br><br>**ORDER ADDRESSING PLAINTIFF'S MOTION REQUESTING COURT ACKNOWLEDGE RECEIPT OF CERTAIN DOCUMENTS** |

Plaintiff, a state prisoner, filed the instant pro se prisoner complaint under 42 U.S.C. § 1983. On April 3, 2012, Plaintiff filed a motion requesting that the Court acknowledge receipt of certain documents that he submitted with his complaint and in forma pauperis (IFP) application. (Docket no. 13.)

On January 11, 2012, Plaintiff submitted his complaint and IFP application. The Court confirms that on that same date, the Court also received the following documents: "Motion Requesting Order to Preserve Relevant Evidence Pursuant to Fed. R. Civ. P. 65" (docket no. 4); "Motion Requesting Order For Disclosure Pursuant to Fed. R. Civ. P. 4(m)" (docket no. 5); "Motion for a TRO and Preliminary Injunction Pursuant to Fed. R. Civ. P. Rules 65(a)(1)&(b)" (docket no. 6), "Notice Of and Request For Judicial Notice Pursuant to Fed. R. Evid. Rule 201(d)" (docket no. 7); "Declaration In Support Of Plaintiff's Motion for TRO and Preliminary Injunction Pursuant to 28 U.S.C. § 1746" (docket no. 8). Plaintiff also submitted two certificates of service pertaining to his complaint, IFP application, and the documents referenced above.

This Order terminates Docket no. 13.

IT IS SO ORDERED.

DATED:   6/6/12

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

G:\PRO-SE\SBA\CR.12\Olivier0176.OrderreDOCS.frm

G:\PRO-SE\SBA\CR.12\Olivier0176.OrderreDOCS.frm