IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE P. OLIVIER,<br><br>    Plaintiff,<br><br> v.<br><br>R. GROUNDS, et al.,<br><br>    Defendants._____/ | No. C 12-00176 SBA (PR)<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR "ADEQUATE LEGAL WRITING SUPPLIES"** |

      Plaintiff, a state prisoner, filed this civil action, pursuant to 42 U.S.C. § 1983, on January 11, 2012.

      Before the Court is Plaintiff's request, filed July 25, 2012, for an Order directing prison officials to provide him with "adequate legal writing supplies." (Pl.'s Memo. in Supp. of Mot. at 1.) Specifically, Plaintiff requests that the Court order Warden Randy Grounds to provide him with "a full-length pencil, eraser(s), ink pen(s) and [a] pencil sharpener." (Id.) Including the memorandum in support of his motion and the multiple exhibits attached to his pleading, Plaintiff's entire filing is eighty-two pages long.

      In Bounds v. Smith, the Supreme Court held "that the fundamental constitutional right of access to the courts requires prison authorities to assist inmates in the preparation and filing of meaningful legal papers by providing prisoners with adequate law libraries or adequate assistance from persons trained in the law." Bounds v. Smith, 430 U.S. 817, 828 (1977). Subsequently, the

Supreme Court clarified that <u>Bounds</u> did not establish a substantive right to law library access, but rather signaled that in order for prisoners' right of access to the courts to be meaningful, they must be given adequate resources to prepare. <u>See</u> <u>Lewis v. Casey</u>, 518 U.S. 343, 350-51 (1996).

In the instant case, Plaintiff has not claimed any actual harm caused by his alleged lack of access to any of the items he listed above. To the contrary, given the volume and length of the pleadings he has managed to file, it is readily apparent that Plaintiff has had little, if any, difficulty in preparing his pleadings. Furthermore, the Defendants in this case have not been served; therefore, no briefing schedule has been issued, and thus Plaintiff currently does not need to meet any deadlines. Accordingly, Plaintiff's request for an Order directing prison officials to provide him with the items listed above (docket no. 18) is DENIED at this time.

This Order terminates Docket no. 18.

IT IS SO ORDERED.

DATED: 9/12/12

SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MAURICE P. OLIVER,

        Plaintiff,

v.

R. GROUNDS et al,

        Defendant.

Case Number: CV12-00176 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 12, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Maurice P. Oliver F83603
California Training Facility
Soledad State Prison
North Facility
P.O. Box 705
Soledad, CA 93950-0705

Dated: September 12, 2012

                Richard W. Wieking, Clerk
                By: Lisa Clark, Deputy Clerk