UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MAURICE OLIVIER,<br><br>        Plaintiff,<br><br>  vs.<br><br>R. GROUNDS, et al.,<br><br>        Defendants. | No. C 12-0176 SBA (PR)<br><br>**JUDGMENT** |

In accordance with the Court's Order Granting Defendants' Motion for Summary Judgment,

IT IS HEREBY ORDERED THAT final judgment is entered for Defendants.

IT IS SO ORDERED.

Dated: 9/30/14

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

P:\PRO-SE\SBA\CR.12\Olivier0176.jud.docx